**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scott M. McNair, | ) No. CV 03-2119 PHX NVW |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| County of Maricopa, et al., | ) |
| Defendants. | ) |

Before the court is Plaintiff's Motion to Extend Page Limit of Reply for plaintiff's Motion for Partial Summary Judgment (doc. # 62) and Motion to Vacate Order to Strike Summary Judgment Reply (doc. # 67). A party has no right to file an over-length brief without prior leave of the court and therefore can acquire no right in an over-length brief wrongfully filed in violation of the rules of the court. No cause has been shown for filing an over-length reply brief.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Extend Page Limit of Reply for Plaintiff's Motion for Partial Summary Judgment (doc. # 62) and Motion to Vacate Order to Strike Summary Judgment Reply (doc. # 67) are denied. Plaintiff may have until October 18, 2005, within which to file a Reply in support of Plaintiff's Motion for Partial Summary Judgment not to exceed eleven pages.

/ / /

/ / /

1  DATED this 12th day of October, 2005.

_____
Neil V. Wake
United States District Judge

- 2 -